IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEET METAL WORKERS' LOCAL 19<br>1301 South Columbus Boulevard<br>Philadelphia, PA  19147 | CIVIL ACTION<br><br>NO. 16-6599 |
| and | |
| SHEET METAL WORKERS' HEALTH &<br>WELFARE FUND OF LOCAL NO. 19<br>1301 South Columbus Boulevard<br>Philadelphia, PA  19147 | |
| and | |
| SHEET METAL WORKERS' PENSION FUND<br>OF LOCAL NO. 19<br>1301 South Columbus Boulevard<br>Philadelphia, PA  19147 | |
| and | |
| SHEET METAL WORKERS' ANNUITY FUND<br>OF LOCAL NO. 19<br>1301 South Columbus Boulevard<br>Philadelphia, PA  19147 | |
| and | |
| SHEET METAL WORKERS' VACATION FUND<br>OF LOCAL NO. 19<br>1301 South Columbus Boulevard<br>Philadelphia, PA  19147 | |
| and | |
| SHEET METAL WORKERS' SUPPLEMENTAL<br>UNEMPLOYMENT BENEFIT (S.U.B.) FUND<br>OF LOCAL NO. 19<br>1301 South Columbus Boulevard<br>Philadelphia, PA  19147 | |
| and | |

| | |
|---|---|
| SHEET METAL WORKERS' JOINT<br>APPRENTICESHIP FUND OF PHILADELPHIA<br>AND VICINITY<br>1301 South Columbus Boulevard<br>Philadelphia, PA 19147 | :<br>:<br>:<br>:<br>: |
| and | : |
| INDUSTRY FUND OF THE SHEET METAL<br>CONTRACTORS ASSOCIATION OF<br>PHILADELPHIA AND VICINITY<br>1301 South Columbus Boulevard<br>Philadelphia, PA 19147 | :<br>:<br>:<br>:<br>: |
| and | : |
| SHEET METAL WORKERS' INTERNATIONAL<br>TRAINING INSTITUTE (ITI)<br>601 North Fairfax Street<br>Suite 600<br>Alexandria, VA 22314 | :<br>:<br>:<br>:<br>: |
| and | : |
| GARY MASINO, TRUSTEE<br>SHEET METAL WORKERS' LOCAL 19<br>BENEFIT FUNDS<br>1301 South Columbus Boulevard<br>Philadelphia, PA 19147, | :<br>:<br>:<br>:<br>: |
| Plaintiffs,<br>v. | :<br>: |
| EASTERN AIR BALANCE CORPORATION and<br>TIMOTHY ROATEN, individually<br>252 South Esbenshade Road<br>Manheim, PA 17545 | :<br>:<br>:<br>: |
| Defendants. | : |

## JUDGMENT UPON CONFESSION

Defendants having stipulated to the entry of judgment in this action, and upon application

and certification of Plaintiffs, judgment is hereby entered against Defendants Eastern Air Balance Corporation and Timothy Roaten, jointly and severally, and in favor of Plaintiffs in the amount of $80,330.78 with interest to run thereon at the rate of 4.25% until this judgment has been satisfied.

Plaintiffs are entitled to execute on this judgment, without notice, Defendants having stipulated thereto.

Should Plaintiffs be required to execute on this judgment, this judgment may be immediately registered in any Court of competent jurisdiction regardless of whether the time for appeal has expired.

Further, should Plaintiffs be required to execute on this judgment, the amount of this judgment shall be increased by a reasonable fee for each execution proceeding necessary to achieve satisfaction of this judgment in favor of the Plaintiffs and against the Defendants.

Dated: 12/23/16

LUCY CHIN, INTERIM CLERK

By: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA